Case 3:19-cr-00035-CAR-CHW   Document 484   Filed 01/11/24   Page 1 of 1

Click or tap here to enter text.                                                                 Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 3:19-CR-00035-009 |
| Cindy Ramos | ) | |
| | ) | USM No: 72693-019 |
| Date of Original Judgment: 11/16/2022 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Frederick Richard Mann, Jr. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____25____ months **is reduced to** ____Time Served____ .

Cindy Ramos was originally sentenced on November 9, 2022, to a term of 25 months imprisonment and a one-year term of supervised release, for the offense of Possession with Intent to Distribute Methamphetamine in Excess of 500 Grams. Her total offense level was determined to be 26 with a criminal history category I, which yielded an advisory sentencing range of 63 to 78 months. The Court also imposed a $100 mandatory assessment. She presently has a projected release date of May 4, 2024.

Based on Part B, subchapter 1 of Amendment 821 of the United States Sentencing Guidelines, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction would result in a total offense level 24 with a criminal history category I, which yields an advisory sentencing range of 51-63 months.

The government agrees that the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the same percentage of a reduction (downward departure) has been considered. The new imprisonment sentence imposed would be reduced to 20 months. This would result in a sentence of Time Served with a release date of February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated ____11/16/2022____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8 Jan. 2024

*Judge's signature*

Effective Date: February 1, 2024
*(if different from order date)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*